IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01717-WYD-MEH

JEANETTE ABEL,

    Plaintiff,

v.

POUDRE VALLEY HEALTH SYSTEM FOUNDATION, a not-for-profit organization,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2010.**

    Plaintiff's Unopposed Motion to Amend Complaint and Jury Demand [filed August 5, 2010; docket #5] is **granted**. The motion is timely filed and Plaintiff may amend her complaint once as a matter of right as provided for by Fed. R. Civ. P. 15(a). Accordingly, the Clerk of Court is directed to enter the Amended Complaint and Jury Demand located at docket #5-1.