IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01717-WYD-MEH

JEANETTE ABEL,

    Plaintiff,

v.

POUDRE VALLEY HEALTH SYSTEM FOUNDATION, a not-for-profit organization,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2010.**

    Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [filed October 25, 2010; docket #20] is **granted**. The Stipulated Protective Order is issued and filed contemporaneously with this minute order.